UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KADDIE RUTLEDGE** | **CASE NO. 6:26-CV-02552** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GEICO AUTOMOBILE INS. CO.** | **MAGISTRATE JUDGE DAVID J. AYO** |

**ORDER**

This matter was referred to Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED that, consistent with the report and recommendation, Plaintiff's motion to remand [ECF No. 5] is DENIED.

THUS DONE in Chambers on this 23rd day of November, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE